**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ATLANTIC SOUNDINGS COMPANY, INC.
et. al

v.  Case No.: 3:05-cv-649-J-20HTS

EDGAR TOWNSEND

_____

EDGAR TOWNSEND,

    Plaintiff,

                                                    Case No.: 3:05-cv-653-J-32-TEM

v.

WEEKS MARINE, INC.,

    Defendant.
_____/

**TOWNSEND'S NOTICE OF PENDENCY OF OTHER ACTIONS
AND MOTION TO CONSOLIDATE**

    COMES NOW Edgar Townsend, by and through his undersigned counsel, and pursuant to Local Rule 1.04 notices the court that the above two actions are the same, and pursuant to Rule 42, Fed.R.Civ.P. moves this honorable court to consolidate the two above-referenced cases and in support thereof would show:

    1.    The above two cases arise out of a July 5, 2005 accident in which Edgar Townsend, an able-bodied seaman on the Motor Tug Thomas, was injured while handling lines aboard that vessel. In the accident he sustained a shoulder injury when he was knocked to the deck through the negligence of a co-worker.

    2.    Atlantic Soundings and Weeks Marine filed their case without advising Edgar

Townsend that they had done so. Edgar Townsend filed his case when he was unable to obtain maintenance and cure (medical treatment) from Weeks Marine. Townsend's counsel was first advised of the suit by Atlantic Soundings on July 18, 2005. At the time of the filing of this motion, Townsend has gone 13 days without seeing an orthopedic physician.

3. The first action seeks a declaratory judgment concerning the obligation of Atlantic Soundings and/or Weeks Marine[1] to provide maintenance and cure to Mr. Townsend. The second action seeks maintenance and cure from Weeks Marine, and is combined with an action for damages under the Jones Act, the doctrine of unseaworthiness, and for retaliatory termination.

4. Resolution of these two actions before a single court would promote judicial efficiency. Under the Local Rules, the later filed case, 3:05-cv-653-J-32-TEM, would be consolidated into the earlier filed case, 3:05-cv-649-J-20HTS.

## MEMORANDUM OF LAW

Local Rule 1.04 obligates counsel for the parties to advise the court when two similar actions are pending in the Middle District of Florida. It provides that "if two or more cases are consolidated, the judge to whom the earliest filed case was assigned shall be the presiding judge."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was provided by email to David W. McCreadie, Esq. Lau, Lane, Pieper & McCreadie at dmccreadie@laulane.com this 18th day of July, 2005.

---

[1] Atlantic Soundings and Weeks Marine appear to be subsidiaries of the same parent company, or related corporations.

Respectfully submitted,

SULLIVAN & COMPANY

/s/  G.J. Sullivan, Jr.
_____
G.J. Rod Sullivan, Jr., Esquire
Florida Bar No.: 356794
8777 San Jose Blvd., Suite 803
Jacksonville, Florida 32217
(904) 355-6000
(904)737-0920 (facsimile)