UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ATLANTIC SOUNDINGS COMPANY,
INC. et. al,

    Plaintiffs,

v.                             Case No.3:05-cv-649-J-20HTS

EDGAR TOWNSEND,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion for Preliminary Injunction or Alternative Motion for Expedited Trial on Maintenance and Cure (Doc. No. 5, filed 7/20/2005), to which Plaintiffs responded (Doc. No. 10, filed 8/29/2005). The Parties have notified the Court (Doc. No. 13, filed 9/7/2005 and Doc. No. 14, filed 9/8/2005) that the issues that created the emergency that prompted the Motion for Preliminary Injunction and for Expedited Trial have been resolved. Therefore it is ordered that the Motion (Doc. No. 5) is **MOOT**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of September, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
David W. McCreadie, Esq.
Michael H. Kestenbaum, Esq.
G.J. Rod Sullivan, Jr., Esq.
Garry Randolph, CRD